HILLS, Appellant, v. HAPGOOD et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by Lyman H. Hills, as trustee of the estate of Chester M. Hapgood, a bankrupt, against Chester M. Hapgood, Joseph Greenwald, Isaac Alderman, Albert Hildebrandt, Daniel Greenwald, and Charles Landrock. No opinion. Judgment unanimously affirmed, with costs.

HOLLAND TRUST CO., Respondent, v. SUTHERLAND, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by the Holland Trust Company against George R. Sutherland. E. Hassett, for appellant. G. M. Van Hoesen, for respondent. No opinion. Order affirmed; with $10 costs and disbursements.

HONSINGER et al., Respondents, v. UNION CARRIAGE & GEAR CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by Willis T. Honsinger and Albert F. Jerry, against the Union Carriage & Gear Company. No opinion. Judgment unanimously affirmed, with costs.

HOPE, Respondent, v. DAILY TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Eric Hope against the Daily Telegraph Company. A. English, for appellant. N. Cohen, for respondent. No opinion. Judgment and order affirmed, with costs.

HORNBY v. GASCOINE et al. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Annie Hornby against James Gascoine and Frederick Hornby. No opinion. Judgment unanimously affirmed, with costs.

HORNBY v. GASCOINE et al. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Annie Hornby against James Gascoine and Frederick Hornby. No opinion. Order of affirmance amended by striking out the words "with costs," and inserting in lieu thereof the words "without costs."

HOROWITZ, Respondent, v. LEIGHTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Louis J. Horowitz against Edward F. Leighton and another, as executors, etc., of Arthur Leighton, deceased. No opinion. Judgment modified, by striking out the direction that the plaintiff have execution, and, as thus modified, affirmed, with costs.

In re HUBBARD. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) In the matter of the application of Frank W. Hubbard for admission to practice as attorney and counselor at law. No opinion. Application granted.

HUGHES, Appellant, v. WHITESTONE FORGE & CONSTRUCTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by William Hughes against the Whitestone Forge & Construction Company. No opinion. Judgment of the municipal court affirmed, with costs.

INDUSTRIAL SAVINGS & LOAN CO., Respondent, v. REALTY INV. & IMP. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by the Industrial Savings & Loan Company against the Realty Investment & Improvement Company, impleaded with Frank D. Kenyon and others. No opinion. Order affirmed, with $10 costs and disbursements.

INDUSTRIAL SAVINGS & LOAN CO., Respondent, v. REALTY INV. & IMP. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by the Industrial Savings & Loan Company against the Realty Investment & Improvement Company, impleaded with Wesley H. Beck and others. No opinion. Order affirmed, with $10 costs and disbursements.

INTERNATIONAL METAL LATH CO., Appellant, v. CARR, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by the International Metal Lath Company against John H. Carr. No opinion. Motion for reargument denied, with $10 costs.

In re JOHN SPRY LUMBER CO. (Supreme Court, Appellate Division, First Department. February 21, 1902.) In the matter of the John Spry Lumber Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except VAN BRUNT, P. J., who dissents.

In re JOHN SPRY LUMBER CO. (Supreme Court, Appellate Division, First Department. March 21, 1902.) In the matter of the John Spry Lumber Company. No opinion. Motion denied, with $10 costs.

JONES v. MOSS. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Action by William Jones against Robert E. Moss. No opinion. Motion granted, with $10 costs.

JUST, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Christina Just against the Manhattan Railway Company and another. A. A. Wheat, for appellants. H. M. Hardon, for respondent.
PER CURIAM. Judgment modified, by reducing the amount awarded for fee damages to $2,000, and by reducing the judgment for rental damage, interest, costs, and allowance as entered to the sum of $2,203.06, and, as so modified, affirmed, without costs to either party.

KALISH et al. v. HIGGINS et al. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by Johanna Kalish and others, as executrices and executors of the last will and testament of Joseph Ka-